UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

William J. Carey

    v.                              Civil No. 05-fp-357

Merrimack County Attorney

## ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned number **05-cv-357-SM**.

**SO ORDERED.**

                                                James R. Muirhead
                                                United States Magistrate Judge

Date:   October 25, 2005

cc:     William J. Carey, *pro se*