UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

William J. Carey

v.                                Case No. 05-cv-357-SM

Merrimack County Attorney

ORDER

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated January 27, 2006, no objection having been filed, for the reasons set forth therein. Plaintiff's complaint is hereby dismissed.

SO ORDERED.

February 22, 2006

Steven J. McAuliffe
Chief Judge

cc:   William J. Carey, pro se