UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


William J. Carey

      v.                Case No. 05-cv-357-SM

Merrimack County Attorney

_____

ORDER

Re: Document No. 9, Motion for Reconsideration

Ruling: Granted in part. Plaintiff says he did not receive a copy of the Magistrate Judge's Report and Recommendation, and the docket does not clearly show that a copy was mailed to him. Accepting plaintiff's assertion at face value, a copy of the Report and Recommendation shall be mailed to him and he shall file any objection he may have to the Report on or before March 29, 2006, which, if filed, the court will consider in the course of reconsidering the matter de novo.


_____
Steven J. McAuliffe
Chief District Judge

Date: March 9, 2006

cc: William J. Carey, pro se