UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>William J. Carey</u>

    v.                                                  Civil No. 05-cv-357-SM

<u>Merrimack County Attorney</u>

**O R D E R**

Plaintiff having taken advantage of the opportunity to file an objection to the Report and Recommendation, and after due consideration of the objection filed, and reconsideration of the matter de novo, I herewith again approve the Report and Recommendation of Magistrate Judge Muirhead dated January 27, 2006, for the reasons set forth therein.  Plaintiff's complaint is hereby dismissed.

**SO ORDERED.**

                                                          _____
                                                          Steven J. McAuliffe
                                                          Chief Judge

March 31, 2006

cc:  William J. Carey, pro se